In the Matter of JACK LEVINE, Respondent, against JOSEPH E. LEVINE, Appellant.

Submitted June 18, 1941; decided July 29, 1941.

*Jesse Climenko* for appellant.

*Samuel Hoffman* and *Bernard Buchwald* opposed.

Motion dismissed on the ground that the order is not final.